■      In the Matter of NATIONAL FUEL GAS DISTRIBUTION CORPORATION, Appellant, v PARAGON RESOURCES, INC., Respondent.—Motion for reargument denied, with $50 costs to respondent. Memorandum: This court having determined in its decision and order of April 25, 1978 that an arbitrable dispute existed, "it is for the arbitrators to decide what the agreement means and to enforce it according to the rules of law which they deem appropriate in the circumstances." *(Matter of Exercycle Corp. [Maratta],* 9 NY2d 329, 334.) Present—Marsh, P. J., Moule, Simons, Hancock, Jr., and Witmer, JJ. (Ordered entered May 12, 1978.)

■      THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v HAROLD POINTER, Defendant.—Motion for change of venue denied. Memorandum: We conclude that defendant has not on this application met his burden of demonstrating that there is "reasonable cause to believe that a fair and impartial trial cannot be had" in Erie County (CPL 230.20, subd 2). If it develops during the *voir dire* that a fair and impartial jury cannot be drawn, an appropriate application may then be made. The relief requested in the application before us now is premature. (See *People v Di Piazza,* 24 NY2d 342; *People v Hatch,* 46 AD2d 721; *People v Sekou,* 45 AD2d 982, app dsmd 35 NY2d 844). Present—Marsh, P. J., Cardamone, Dillon, Hancock, Jr., and Witmer, JJ. (Order entered May 15, 1978.)

■      THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v NATHANIEL WALLACE, JR., Defendant.—Motion for change of venue denied. Memorandum: We conclude that defendant has not on this application met his burden of demonstrating that there is "reasonable cause to believe that a fair and impartial trial cannot be had" in Wyoming County (CPL 230.20, subd 2). If it develops during the *voir dire* that a fair and impartial jury cannot be drawn, an appropriate application may then be made. The relief requested in the application before us now is premature. (See *People v Di Piazza,* 24 NY2d 342; *People v Hatch,* 46 AD2d 721; *People v Sekou,* 45 AD2d 982, app dsmd 35 NY2d 844). Present—Marsh, P. J., Cardamone, Dillon, Hancock, Jr., and Witmer, JJ. (Order entered May 15, 1978.)

### (May 26, 1978)

■      MARY M. CONNORS, Appellant, v ARTHUR E. CONNORS, Respondent.— Appeal dismissed, without costs, upon stipulation. (Appeal from order of Erie Supreme Court—modify judgment of divorce.) Present—Moule, J. P., Cardamone, Simons, Dillon and Hancock, Jr., JJ.